Núm. 1146.—FERNÁNDEZ, peticionario, *v.* CORTE, dmdada.—▬ ▬ Junio 17, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Considerada la solicitud y vistos los casos de *Franco v. Martínez,* 30 D.P.R. 859, 863; *Rivera v. Corte de Distrito,* 39 D.P.R. 794, y el de *Winship v. Asamblea Municipal de Guayama,* (ante, pág. 138), no ha lugar a la solicitud.

El Juez Asociado Sr. Travieso no intervino.

En los siguientes casos, a propuesta de sus distintos Jueces, se declaró no haber lugar a la solicitud:

Núms. 1138, 1139, 1140, 1143, 1144, 1147, 1148, 1149, 1150, 1154, 1155, 1157.

Hábeas Corpus: